# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEARNS** | : **CIVIL ACTION** |
| | : |
| **v.** | : |
| | : **NO. 14-4353** |
| **BRISTOL TOWNSHIP** | : |

## ORDER

**AND NOW**, this 10th day of June 2015, upon consideration of the Defendant's Motion for Summary Judgment with supporting materials (ECF Doc. No. 21), Plaintiff's Opposition with supporting materials (ECF Doc. No. 25), Defendant's Reply (ECF Doc. No. 30) and Plaintiff's Sur-Reply (ECF Doc. No. 41), it is **ORDERED** Defendant's Motion (ECF Doc. No. 21) is **GRANTED** as there are no genuine issues of material fact regarding whether Plaintiff can meet her burden of showing competent evidence that the Defendant's proffered reasons for her termination were merely pretext for discriminatory animus. The Clerk of Court shall **close** this case.

KEARNEY, J.