IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULA KEARNS | : CIVIL ACTION |
| v. | : |
| | : NO. 14-4353 |
| BRISTOL TOWNSHIP | : |

## ORDER

**AND NOW**, this 10th day of June 2015, upon consideration of this Court's entry of Summary Judgment in Defendant's favor (ECF Doc. No. 45), it is **ORDERED** Plaintiff's Motion in Limine to Preclude Evidence (ECF Doc. No. 37), Defendant's Motion in Limine to Preclude Evidence Relating to William J. McCauley, III (ECF Doc. No. 38) and Defendant's Motion in Limine to Preclude Evidence Relating to Grand Jury Investigations (ECF Doc. No. 39) are **DENIED as moot.**

_____
KEARNEY, J.